**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

DAKODA STUBBLEFIELD                                                                                  PLAINTIFF

vs.                                                         CIVIL ACTION NO. 3:14-CV-886 HTW-LRA

CAROLYN W. COLVIN                                                                                DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [docket no. 14] and the plaintiff's written objection [docket no. 15] to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 14] is hereby adopted as the order of this court. Plaintiff's motion for summary judgment [docket no. 9 is denied, and the defendant's motion to affirm the Commissioner's decision [docket no. 11] is granted. Plaintiff's social security appeal is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 11th day of March, 2016.**

                                                                         s/ HENRY T. WINGATE                    
                                                                         UNITED STATES DISTRICT JUDGE